IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-126-D

QUALITY LABOR MANAGEMENT, LLC, )
                                           Plaintiff, )
                                                                                           )
                              v.                                   )
                                                                                           )      **ORDER**
TERRY "SHEA" ADAMS, )
                                                                                  )
                                           Defendant. )

On April 8, 2021, defendant moved to dismiss the complaint [D.E. 6]. On April 29, 2021, plaintiff filed an amended complaint [D.E. 10]. In light of the amended complaint, defendant's motion to dismiss [D.E. 6] is DISMISSED as moot. The court will resolve defendants' motion to dismiss the first amended complaint in due course.

SO ORDERED. This 14 day of July 2021.

                                                                     JAMES C. DEVER III
                                                                     United States District Judge