UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-126-D

| | |
|---|---|
| Quality Labor Management, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER**<br>) |
| Terry "Shea" Adams, | )<br>)<br>) |
| Defendant. | ) |

The parties to this matter have jointly requested that this court enter a stay in these proceedings for sixty (60) days to allow the parties time to conduct mediation before beginning discovery.

THEREFORE, based on the consent of the parties and the record in this matter,

IT IS ORDERED, that this case is stayed for a period of sixty (60) days from the date of this order to allow the parties time to conduct mediation before discovery. In the event mediation is unsuccessful, the parties shall notify the court of that fact by filing a notice with the court along with their discovery plan as required by Rule 26 of the *Federal Rules of Civil Procedure*.

SO ORDERED. This 19 day of November, 2021.

JAMES C. DEVER III
United States District Judge